IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORDELL SANDERS, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 07-808-SCW |
| GEORGE WELBORN, MATTHEW HOFFMAN, TERRY LUEHR, and DANIEL PORTER, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **TERRY LUEHR** was granted judgment as a matter of law at the close of plaintiff's case by Magistrate Judge Stephen C. Williams on May 3, 2011 (Doc. 101)

The remaining issues came before this Court for jury trial The issues have been tried and the jury has rendered its verdict in favor of defendants and against plaintiff (Docs. 103 and 104).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **GEORGE WELBORN, MATTHEW HOFFMAN, TERRY LUEHR** and **DANIEL PORTER** and against plaintiff **CORDELL SANDERS.**

Plaintiff shall take nothing from this action.

**DATED** this 5th day of May, 2011

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
Deputy Clerk

Approved by    S/ Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge